UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case Number 03-20019-BC-02

v.                                         Honorable David M. Lawson

DEBORAH LUKASIK,

        Defendant.
_____/

## ORDER DENYING EMERGENCY MOTION TO EXTEND DEFENDANT'S REPORT DATE TO DESIGNATED INSTITUTION

Before the Court is the defendant's motion to delay the execution of sentence that was imposed on June 3, 2005. This Court imposed a custodial sentence of five months to be followed by three years of supervised release, which includes five months of home confinement, following the defendant's guilty plea in this case. The Court permitted the defendant to report to the institution designated by the Bureau of Prisons of her own accord.

On two previous occasions, this Court has granted requests by the defendant to delay her report date so that she could be present for the birth of her first grandchild. The government has acquiesced in these delays. The defendant now reports that her grandchild was born on October 14, 2005. She is scheduled to report to FMC Lexington, Kentucky on October 30, 2005, but seeks an extension of thirty days beyond that date. The defendant has not stated that the birth of the child was accompanied by any complications or that the health of the child or its mother is in jeopardy. The government opposes the motion.

The Court believes that there is no legal, equitable or humanitarian reason to justify further delay of the execution of sentence. In fact, it appears that the defendant's interests – that is, assisting

her daughter, spending "quality time" with her grandchild and developing a meaningful relationship with the child – will be better served by serving the custodial portion of her sentence and putting behind her the period of separation sooner rather than later.

Accordingly, it is **ORDERED** that the defendant's emergency motion to extend defendant's report date to designated institution [dkt #120] is **DENIED**.

Dated: October 24, 2005          s/David M. Lawson  
                                          DAVID M. LAWSON  
                                          United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 24, 2005.

                                          s/Tracy J. Jacobs  
                                          TRACY A. JACOBS